UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROE,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF ALBANY, et al.,<br><br>        Defendants. | Case No. 17-cv-03070-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On May 26, 2017, Plaintiff J. Roe filed suit in this Court along with an application to proceed in forma pauperis ("IFP")]. [Docket Nos. 1, 2.] The court granted Plaintiff's IFP application on August 1, 2017. [Docket No. 7.] However, the court also ordered Plaintiff to file either a motion for leave to proceed under a pseudonym or a statement affirming that her name is J. Roe and identifying her first name by no later than August 15, 2017 (Docket No. 8), and notified Plaintiff that the summons and complaint would not be served on Defendants unless and until she responded to the order regarding proceeding under a pseudonym (Docket No. 10).

Plaintiff has not responded to the court's order regarding proceeding under a pseudonym. Accordingly, the court ORDERS Plaintiff to respond by **September 1, 2017** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by September 1, 2017 may result in dismissal of this action. The August 30, 2017 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: August 23, 2017

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROE,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF ALBANY, et al.,<br><br>       Defendants. | Case No. 4:17-cv-03070-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Roe
3126 Shattuck Ave
Berkeley, CA 94705

Dated: August 23, 2017

                                       Susan Y. Soong
                                       Clerk, United States District Court

                                       By:_____
                                       Ivy Lerma Garcia, Deputy Clerk to the
                                       Honorable DONNA M. RYU