UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROE,<br>        Plaintiff,<br>    v.<br>CITY OF ALBANY, et al.,<br>        Defendants. | Case No. 17-cv-03070-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 12 |

The court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation To Dismiss Matter Without Prejudice For Failure To Prosecute. Plaintiff J. Roe has still not responded to Judge Ryu's August 23, 2017 order to show cause. Nor has plaintiff made any filing subsequent to Judge Ryu's September 13, 2017 report and recommendation. No other party has filed an objection to Judge Ryu's report and recommendation.

The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: October 3, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge