UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. ROE,

    Plaintiff,

v.

CITY OF ALBANY, et al.,

    Defendants.

Case No. 17-cv-03070-PJH

**JUDGMENT**

The court having dismissed this case for failure to prosecute,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: October 3, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge